# AFFIDAVIT

I, J. Tad Lipscomb, being first duly sworn, do hereby depose and state as follows:

1. I am a duly sworn Special Agent of the United States Secret Service ("USSS"), having been so employed since July 1999. Currently, I am a Senior Special Agent (SSA) assigned to the USSS Charleston Resident Office. I have experience investigating counterfeiting of United States currency, forgery, credit card fraud, other financial criminal investigations, and protective intelligence/threat investigations.

2. This affidavit is made in support of a complaint against Taryn Corinne Henthorn for violating 18 U.S.C. § 871(a) Threats against President and successors to the Presidency.

## BACKGROUND

3. On or about January 18, 2019 the USSS received a call from a concerned citizen (requested anonymity) who reported that Taryn Henthorn was threatening the President of the United States (POTUS) on her (Henthorn's) Facebook Page. Henthorn reportedly resided in Middlebourne, WV.

4. This same day, USSS/Charleston, conducted an open source search and located/viewed Taryn Henthorn's Facebook Page. Henthorn's Facebook Page reflected a post dated "January 11 at 12:33AM", which stated "Fuck Trump he needs shot I'm about to go Washington DC". Another of Henthorn's post stated "Can't wait to hurt president trump his days are numbered for sure". According to the Facebook Page stamp this post occurred approximately 14 hours prior to being viewed by USSS/Charleston, which would indicated it was posted between January 17 and January 18, 2019.

5. The USSS/Charleston also conducted criminal history queries, which determined Henthorn is a multi-state offender to include arrests in New York, Pennsylvania and West Virginia.

1

6.  Continuing on January 18, 2019, SSA Lipscomb and Resident Agent in Charge (RAIC) Thomas W. Fleming, responded to Middlebourne, WV. SSA Lipscomb, RAIC Fleming and the Tyler County Sheriff's Office subsequently made contact with Henthorn at her grandmother's residence located at 78 - 2nd Avenue, Middlebourne, WV in the Northern District of West Virginia. SSA Lipscomb and RAIC Fleming attempted to speak with Henthorn regarding the post; however, she refused to be interviewed and departed the residence. SSA Lipscomb and RAIC Fleming subsequently spoke with Henthorn's grandmother inside the residence outside the presence of Henthorn. Upon agents departing the residence, SSA Lipscomb and RAIC Fleming encountered Henthorn in the porch area of the home. Henthorn claimed ownership of the posts and exclaimed "time to kill the President". "I mean it, I will kill him". She went on to state that as soon as she got her money caught up, she would travel to D.C. to shoot him. Henthorn was subsequently arrested by the USSS and was advised of her Miranda Warnings by RAIC Fleming.

7.  While Henthorn was being transported to the Northern Regional Jail (after being Mirandized) by RAIC Fleming and SSA Lipscomb, Henthorn uttered multiple references to the subject threatening posts. The utterances included, but were not limited to, that other posters had told her she could get into trouble (this was also observed by agents during the USSS Facebook review), and she opined that her second post was likely the one that initiated the USSS response.

## CONCLUSION

9. Based on the information contained in this affidavit, all of which is true and accurate to the best of my knowledge, information and belief, I have probable cause to believe Taryn Henthorn violated 18 USC 871(a) by threatening the President of the United States.

10. Based on the facts set forth in this affidavit I respectfully request this court to issue a criminal complaint and arrest warrant for Taryn Henthorn.

Further the affiant saith naught.

_____
J. Tad Lipscomb
Senior Special Agent
United States Secret Service

Sworn to before me, and subscribed in my presence, this 22nd day of January, 2019.

_____
JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE