IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   Criminal Action No. 5:19CR8
                                                    (STAMP)

TARYN CORINNE HENTHORN,

    Defendant.

## **ORDER SCHEDULING SENTENCING HEARING**

    The Court has now received the presentence report in this criminal action as prepared by the United States Probation Office. After reviewing the report, the Court concludes that this case is ready for the sentencing hearing at which time the Court will impose sentence. Accordingly, it is ORDERED that the parties and the United States Probation Officer appear before the Court at the Wheeling point of holding court on **July 26, 2019 at 10:00 a.m.** for sentencing.

    Any motion for a sentence departure or variance shall be in writing and shall be filed **at least three business days before the scheduled sentencing hearing**.

    IT IS SO ORDERED.

    The Clerk is directed to transmit copies of this Order to the defendant, to counsel of record herein, to the United States Probation Office and to the United States Marshals Service.

DATED:   July 3, 2019

                                              /s/ Frederick P. Stamp, Jr.
                                              FREDERICK P. STAMP, JR.
                                              UNITED STATES DISTRICT JUDGE