PROB 12C
(Rev. 03/15 WVN)



FILED
OCT -9 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

# United States District Court
## for the
## Northern District of West Virginia

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: TARYN CORINNE HENTHORN          Case Number: 5:19CR8

Name of Sentencing Judicial Officer: Honorable Frederick P. Stamp, Jr.

Date of Original Sentence: July 26th, 2019

Original Offense:   Threatening to Kill the President of the United States, Title 18 U.S.C. § 871(a), a Class D Felony

Original Sentence: Time served since January 22, 2019, 1-year supervised release, and $100.00 SAF

Type of Supervision: Supervised Release          Date Supervision Commenced: July 26th, 2019

---

### PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

[ ] No action - A summons has previously been requested pursuant to the original petition.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | Violation of Mandatory Condition #1: The defendant must not commit another federal, state, or local crime. |
| 2 | Violation of Mandatory Condition #2: The defendant must not unlawfully possess a controlled substance. |
| 3 | Violation of Mandatory Condition #3: The defendant must refrain from any unlawful use of a controlled substance. |

On August 12th, 2019, the defendant was administered a drug test at the U.S. Probation Office in Wheeling, West Virginia. The defendant made a verbal and written admission to the use of marijuana on or about August 12th, 2019. Therefore, the defendant was in possession of marijuana, in violation of 21 U.S.C. §844.

Prob12C -2- Petition for Warrant or Summons
for Offender Under Supervision

| | |
|---|---|
| 4 | **Violation of Special Condition #4: The defendant must participate in a mental health treatment program.** |

On September 4th, 2019, the defendant was scheduled for a mental health assessment with Dr. Dee Nazzaro. The defendant failed to appear for the appointment.

| | |
|---|---|
| 5 | **Violation of Mandatory Condition #1: The defendant must not commit another federal, state or local crime.** |

On September 11th, 2019, the defendant was scheduled for a mental health assessment with Dr. Dee Nazzaro. The defendant failed to appear for the appointment.

| | |
|---|---|
| 6 | **Violation of Mandatory Condition: The defendant shall not commit another federal, state, or local crime.** |

On September 27th, 2019, the defendant was arrested for the offense of Disorderly Conduct by Belmont County Sheriff's Department in St. Clairsville, Ohio. On October 1st, 2019, the defendant appeared in Belmont County Western Division Magistrate Court and pled guilty. She was sentenced to 30 days imprisonment. The incident report and judgment are attached.

**U. S. Probation Officer Recommendation:** Based on the above-stated violations of supervised release, it is requested that a hearing be scheduled to address the violation activity, and that a warrant be issued for the defendant's appearance before the Court.

The term of supervision should be:

[X] Revoked*

*The probation officer's request for a warrant is a recommendation that the offender be detained pending a dispositional hearing.

[ ] Extended for Number year(s), for a total term of Number year(s).

[ ] The conditions of supervision should be modified as follows:
(cond)

Prob12C                                                     -3-                                      Petition for Warrant or Summons
                                                                                                     for Offender Under Supervision



Respectfully submitted,

By: _____
Heather Sexton
U. S. Probation Officer
Date: October 9th, 2019

---

## THE COURT ORDERS

☒ The Issuance of a Warrant
    ☒ Upon arrest detained and the petition in this matter be unsealed
    ☐ Upon arrest released on (type) bond and the petition in this matter be unsealed

☐ The Issuance of a Summons

☐ Other

☐ No Action. A warrant has previously been requested pursuant to the original petition.

_____
Signature of Judicial Officer

October 9, 2019
Date

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page **3** of **7**

DEFENDANT: TARYN CORINNE HENTHORN
CASE NUMBER: 5:19CR8

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: 1 year

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3A — Supervised Release

DEFENDANT: TARYN CORINNE HENTHORN                                    Judgment—Page  4  of  7
CASE NUMBER: 5:19CR8

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You shall not commit another federal, state or local crime.
4. You shall not unlawfully possess a controlled substance. You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the probation officer.
5. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
6. You must answer truthfully the questions asked by your probation officer.
7. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
9. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
10. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
11. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
12. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
13. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
14. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
15. You shall not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids or other designer stimulants.
16. You shall not frequent places that sell or distribute synthetic cannabinoids or other designer stimulants.
17. Upon reasonable suspicion by the probation officer, you shall submit your person, property, house, residence, vehicle, papers, computers, or other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.
18. You are prohibited from possessing a potentially vicious or dangerous animal or residing with anyone who possess a potentially vicious or dangerous animal. The probation officer has sole authority to determine what animals are considered to be potentially vicious or dangerous.
19. You must follow the instructions of the probation officer related to the conditions of supervision.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date 7-29-19

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page __5__ of __7__

DEFENDANT: TARYN CORINNE HENTHORN
CASE NUMBER: 5:19CR8

## SPECIAL CONDITIONS OF SUPERVISION

1) If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

2) You must participate in an outpatient substance abuse treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

3) You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

4) You must participate in a mental health treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

PROB/PTS 4

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

### ADMISSION/DENIAL REPORT
### REPORT OF POSITIVE URINALYSIS

Name: _Taryn Henthorn_     Docket No.: _____

Client _5850043_

Date Sample Taken: _8/12/19_     Barcode #: _____

Results of Urinalysis: Positive For: _Marijuana_

You are hereby provided with notice of a positive test result for a urine specimen submitted by you on the date indicated above. Use of prohibited substances (which includes drugs prescribed for someone other than you by a licensed physician) constitutes a violation of your release conditions. Positive test results, whether admitted or denied, are reported to the court and may result in a court hearing to determine if you are in violation of the conditions of your release. During this hearing you have the right to representation by counsel, and an attorney will be appointed for you if you cannot afford one.

**I HAVE READ AND UNDERSTAND THIS NOTICE, AND I AM AWARE OF MY RIGHTS TO A HEARING.**

Initial One:

[X] I admit to illegal use of a prohibited controlled substance as indicated by the above-urine test result.

[ ] I deny illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

_[signature]_     _[signature]_
Signature of Client     Witnessed By

_8-12-19_     _8/12/19_
Date     Date

Comments: Taryn ate 2 brownies that contained marijuana

# Dee M. Nazzaro, PhD
### LICENSED PSYCHOLOGIST
### LICENSED PROFESSIONAL COUNSELOR
### CERTIFIED REHABILITATION COUNSELOR
### ADVANCED ALCOHOL & DRUG COUNSELOR-SUPERVISOR
### CERTIFIED CRIMINAL JUSTICE PROFESSIONAL

Casa di Ispirazione
76-Fourteenth Street • Wheeling, WV 26003
Phone (304) 280-5527 • Fax (304) 905-1901

## MENTAL HEALTH ASSESSMENT

**Patient Name:** Ms. Taryn Henthorn    **Examiner:** Dee Nazzaro, PhD

**DOB:**   July 17, 1993    **Date of Evaluation:** September 11, 2019

**Age:**   26 years, 1 month    **Referral Source:** Ms. Heather Sexton, U.S. Probation Officer, Northern District West Virginia

## IDENTIFYING INFORMATION/REASON FOR REFERRAL:

Ms. Taryn Henthorn is a 26-year-old, Caucasian-American, female who was referred by Ms. Heather Sexton, U.S. Probation Officer in the Northern District of West Virginia for a mental health assessment. **Patient no showed second time.**

## SIGNATURE:

_____

Dee Nazzaro, PhD                                                Date
WV Licensed Psychologist # 903

| ORI NUMBER: | OH0070000 | INCIDENT NUMBER: | 19-8341-7 | REPORT DATE: | 09/27/2019 19:18:00 | PAGE: | 1 |

## Belmont County Sheriff's Office
### 68137 Hammond Road St. Clairsville, Ohio 43950

### OHIO UNIFORM INCIDENT REPORT

**ADMINISTRATIVE**

AGENCY NAME: Belmont County Sheriff's Office
*GEOCODE: 08
TOD: 09/27/2019 19:15:00
TOA: 09/27/2019 19:21:00
TOC: 09/27/2019 20:04:00

☐ INCIDENT (NON-CRIMINAL)
☒ OFFENSE

*INCIDENT NUMBER: 19-8341-7
*CLEARANCES: F - Arrest - Adult
*CLEARANCE DATE: 09/27/2019
CLEARED BY: B-46 - Haught, Joshua

| *REPORT DATE/TIME | | | | *INCIDENT OCCURRED FROM | | | | *INCIDENT OCCURRED TO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME |
| 09 | 27 | 2019 | 19:18:00 | 09 | 27 | 2019 | 19:00:00 | | | | |

*INCIDENT LOCATION (Street, Apt, City, State, Zip): 46060 National Rd. St. Clairsville, OH, 43950

**OFFENSE**

| *OFFENSE | *OFFENSE DESCRIPTION | *A/C | FM & DEGREE | *HATE/BIAS | *LARCENY |
|---|---|---|---|---|---|
| 2917.11A2 | Disorderly Conduct offensive gesture or noise | C | M-4 - Misdemeanor - 4 | N - No Bias/Not Applicable | |

*LOCATION OF OFFENSE: Street

*SUSPECTED OF USING:
A ☐ ALCOHOL        D ☒ DRUGS
C ☐ COMPUTER EQUIPMENT    N ☐ NOT APPLICABLE

*TYPE OF WEAPON/FORCE USED: 99 - None

*TYPE OF CRIMINAL ACTIVITY:

*METHOD OF ENTRY:
☐ FORCE
☒ NO FORCE
*NO PREMISES ENTERED: 0

*METHOD OF ENTRY - MOTOR VEHICLE THEFT:

*METHOD OF ENTRY - BURGLARY/B&E:
| ENTRY | EXIT | ENTRY | EXIT | ENTRY | EXIT |

METHODS OF OPERATION:

CARGO THEFT: ☐ Y  ☐ N

**VICTIM**

*NO. 1   *TOTAL VICTIMS: 1   *VICTIM TYPE: S - Society / Public
NAME (Last, First, Middle): Belmont County Sheriff's Office,
ADDRESS: 68137 Hammond Road, St. Clairsville, OH, 43950
HOME PHONE: (740) 695-7933
EMPLOYER NAME AND ADDRESS:
PHONE:
*AGE:  *SEX:  *RACE:  *ETHNICITY:
D.O.B:
HGT:  WGT:  HAIR:  EYES:
OCCUPATION:  SSN:  *RESIDENT STATUS:
VICTIM INJURED? ☐ Y ☒ N   IF INJURED, DESCRIBE INJURIES:
*AGG. ASSAULT/ HOMICIDE CIRC.:
*VICTIM/SUSPECT RELATIONSHIP: U - Unknown
*VICTIM/OFFENSE LINK: 2917.11A2 - Disorderly Conduct offensive gesture or noise

| ORI NUMBER: OH0070000 | INCIDENT NUMBER: 19-8341-7 | REPORT DATE: 09/27/2019 19:18:00 | PAGE: 2 |
|---|---|---|---|

| OFFICER CIRCUMSTANCE: |
|---|
| OFFICER ASSIGNMENT TYPE: |
| OFFICER ORI: |
| My signature verifies that the information on this report is accurate and true | DATE: |

### NAME / DESCRIPTIVES

| *NO. 1 | ADULT ☑  JUVENILE ☐  UNKNOWN ☐ | CATEGORY: 2 - Arrestee | CHARGES FILED? ☑ Y  N |
|---|---|---|---|
| NAME (Last, First, Middle): | HENTHORN, TARYN CORRINE | | SSN: -3506 |

| ALIAS: | | GANG AFFILIATION: | |
|---|---|---|---|
| ADDRESS (Street, Apt., City, State, Zip): | HOMELESS, HOMELESS | | HOME PHONE: |
| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip): | | | PHONE: |
| PLACE OF BIRTH: | DL#/STATE: I408710 | OCCUPATION/SCHOOL: | |

| *AGE/ 26 *D.O.B.: /1993 | *SEX: F - Female | *RACE: W - White | *ETHNICITY: U - Unknown | *HEIGHT: 5'3" | *WEIGHT: 150 | *HAIR: BRO - Brown | *EYES: HAZ - Hazel |
|---|---|---|---|---|---|---|---|

| SUSPECTED OF USING: ☐ ALCOHOL ☑ DRUGS | MARITAL STATUS: | *RESIDENT STATUS: U - Unknown |
|---|---|---|

| SCARS, MARKS, TATOOS: |
|---|
| ADDITIONAL DESCRIPTION: |
| POTENTIAL INJURIES? |
| *ARRESTEE ARMED WITH:   99 - None |

| ARREST/OFFENSE CODE, DESCRIPTION | FM & DEGREE | *ARREST LARCENY TYPE |
|---|---|---|
| 2917.11A2  Disorderly Conduct offensive gesture or noise | M-4 - Misdemeanor - 4 | |

### ARREST INFORMATION

| *ARREST DATE 09/27/2019 | TIME: 19:33 | ARREST LOCATION (Street, Apt., City, State, Zip): | | | |
|---|---|---|---|---|---|
| INCIDENT TRACKING NUMBER: 19 8341 7 | ARREST DISPOSITION: | | | | BAIL: |
| MIRANDA WITNESSED BY: | | | | | TIME READ: |
| FINGERPRINTED ☐ Y ☑ N | FINGERPRINT CARD NO.: | PHOTOS TAKEN ☐ Y ☑ N | NO. TAKEN: | PHOTO ID NO.: | FBI/BCI#: / |
| *MULTIPLE ARRESTEE SEGMENTS INDICATOR: C - Count Arrestee | | | *ARREST TYPE: 2 - Crime in Progress | | |
| WARRANT: | | | | | |
| COURT: Western Division Court, Belmont County, Ohio | | | | | DATE |

| ORI NUMBER: OH0070000 | INCIDENT NUMBER: 19-8341-7 | REPORT DATE: 09/27/2019 19:18:00 | PAGE: 3 |

**WITNESS**

| NO. 1 | NAME (Last, First, Middle): EDWARDS, AMY J | AGE 40 D.O.B.: ( /1979 | SSN: -0481 |
| ADDRESS (Street, Apt., City, State, Zip): ST CLAIRSVILLE, OH, 43950 | | HOME PHONE: (740) 3 |
| EMPLOYER NAME AND ADDRESS (Street, Apt, City, State, Zip): | | PHONE: |
| STATEMENTS OBTAINED: ☒ Y ☐ N | TYPE: ☐ WRITTEN ☒ ORAL ☐ TAPED ☐ OTHERS |

| NO. 2 | NAME (Last, First, Middle): DAY, JARRID DEAN | AGE 40 D.O.B.: /1978 | SSN: -0220 |
| ADDRESS (Street, Apt., City, State, Zip): BELMONT, OH, 43718 | | HOME PHONE: (740) |
| EMPLOYER NAME AND ADDRESS (Street, Apt, City, State, Zip): | | PHONE: |
| STATEMENTS OBTAINED: ☒ Y ☐ N | TYPE: ☐ WRITTEN ☒ ORAL ☐ TAPED ☐ OTHERS |

**NARRATIVE:**

On 9/27/2019, at 1915 hours, Deputies were dispatched to 46060 National Road, in Richland Township, for a dispute at the apartment complex. Deputies Haught, Work, Young, Hilderbrand, and Sgt. Moore responded.

Upon arrival, Deputies made contact with suspect, Taryn Henthorn, and witnesses, Jarrid Day & Amy Edwards outside near East Richland BP. Deputies spoke to all parties & determined the issue to be witnesses believed suspect was selling drugs and wanted her out of their residence. Suspect kept reaching in her pockets & Deputies told her multiple times to stop. Suspect was being belligerent & yelling and was warned by Deputies to cease her actions. Deputies had to advised suspect multiple times of the same.

Deputies continued their investigation and, with use of Dep Hilderbrand's K9, obtained PC search of suspect's backpack. Suspect advised Deputies she had already "sold her shit" and nothing would be found. Suspect advised Deputies she was on probation through Ohio County, WV.

Suspect then began yelling belligerently at Deputies & Witnesses. Deputies then placed suspect under arrest and placed her in Deputy Haught's cruiser. Deputy Haught subsequent search to arrest revealed a folding utility knife in suspect's right front pocket.

While in the cruiser, suspect began kicking Deputy Haught's cruiser door in an attempt to get out. Deputy Haught pinned suspect against seat and belted her in the cruiser. Suspect advised she would be going back to prison as she wasn't allowed in Ohio.

| ORI NUMBER: OH0070000 | INCIDENT NUMBER: 19-8341-7 | REPORT DATE: 09/27/2019 19:18:00 | PAGE: 4 |
|---|---|---|---|

Deputies search of suspect's backpack yielded no results and suspect was transported to the Belmont County Jail. Once at jail, Deputy Haught attempted to contact suspect's probation officer, Heather, with no answer. Deputy Haught advised jail staff of a possible probation hold & they advised they would attempt to contact her probation officer.

| REPORTING OFFICER: Haught, Joshua | BADGE NO.: B-46 | DATE: 09/28/2019 18:15 |
|---|---|---|
| Reporting          Haught, Joshua | BADGE NO: B-46 | DATE: 09/28/2019 |

FOLLOW-UP? ☐ Y ☒ N
If yes, follow-up Assignment:

# BELMONT COUNTY - WESTERN DIVISION
## 147 WEST MAIN STREET
## ST. CLAIRSVILLE, OHIO 43950

## DOCKET AND JOURNAL ENTRY

| STATE OF OHIO | JOURNAL: 2019 |
|---|---|
| VS | CASE # 19CRB00702W |
| TARYN C HENTHORN | DATE: October 1, 2019 |

Defendant appeared before the Court in custody of Belmont County Sheriff's Deputy and was arraigned pursuant to Criminal Rule #5. Guilty plea entered. Defendant found guilty and sentenced to 30 days in jail.
Defendant ordered to pay costs of $105.00;
Jail term – Remanded to be released October 26, 2019 at 8:00 a.m.
Fine and costs to be paid by January 30, 2020 or defendant to appear at 11:00 a.m. to show cause.
Personal checks are not accepted. Any fines and costs not paid by the date given to you by the Judge will be turned over to a collection agency. A mandatory 30% fee will be added to your total.
Defendant remanded.

Eric Costine, Judge


FILED
OCT 0 1 2019
BELMONT COUNTY COURT
WESTERN DIVISION

# VIOLATION WORKSHEET

1. Defendant: TARYN CORINNE HENTHORN

2. Docket Number (Year-Sequence-Defendant No.): 5:19CR8

3. District/Office: Northern District of West Virginia/Wheeling

4. Original Sentence Date: July 26, 2019

(If different than above)
5. Original District/Office (if different than above):

6. Original Docket Number (Year-Sequence-Defendant No.):

7. List each violation and determine the applicable grade (see §7B1.1):

| Violation(s) | Grade |
|---|---|
| No. 1: New Law Violation | C |
| No. 2: Unlawful Possession of a Controlled Substance | C |
| No. 3: Unlawful Use of a Controlled Substance | C |
| No. 4: Failure to report for mental health assessment | C |
| No. 5: Failure to report for mental health assessment | C |
| No. 6: New conviction | C |

8. Most Serious Grade of Violation (see §7B1.1(b)): **C**

9. Criminal History Category (see §7B1.4(b)): **III**

10. Range of Imprisonment (see §7B1.4(a)): **5-11 Months**

11. Sentencing Options for Grade B and C Violations Only (check the appropriate box):

X    (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

     (b) If the minimum term of imprisonment determined under §7B1.4 (Term of imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

(c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

12. Unsatisfied Conditions of Original Sentence:

*List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed, in connection with the sentence for which revocation is ordered, that remains unpaid or not served at the time of revocation (see § 7B1.3[d]):*

| | | | |
|---|---|---|---|
| Restitution($): | N/A | Community Confinement: | N/A |
| Fine($): | N/A | Home Detention: | N/A |
| Other: | N/A | Intermittent Confinement: | N/A |

13. Supervised Release:

If Probation is to be revoked, determine the length, if any, of the term of Supervised Release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

Term: N/A Years

If Supervised Release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence Supervised Release upon release from imprisonment (see 18 U.S.C. § 3583(e) and §7B1.3(g)(2).

Pursuant to 18 U.S.C. § 3624(e), multiple terms of Supervised Release are to run concurrently.

Period of Supervised Release to be served following release from imprisonment:

36 months less any term of imprisonment imposed upon revocation.

14. Departure:

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

NOTE: The maximum term of imprisonment imposable upon revocation of Supervised Release for a Class D Felony is 12 months, pursuant to 18 U.S.C. § 3583(e)(3).